1  J Christopher Jorgensen, Esq.
   Nevada Bar No. 5382
2  Brittni A. Tanenbaum, Esq.
   Nevada Bar No. 16013
3  **LEWIS ROCA ROTHGERBER CHRISTIE LLP**
   3993 Howard Hughes Parkway, Suite 600
4  Las Vegas, NV 89169
   Tel: (702) 949-8200
5  Fax: (702) 949-8398
   CJorgensen@lewisroca.com
6  BTanenbaum@lewisroca.com

7  *Attorneys for Defendant*
   *Hyundai Capital America,*
8  *Improperly identified as Hyundai*
   *Capital America, Inc. dba Kia Motors Finance*
9

10                         **UNITED STATES DISTRICT COURT**

11                                 **DISTRICT OF NEVADA**

12  Cheryl Telmo,                                  Case No. 2:22-cv-01772-GMN-DJA

13              Plaintiff,

14       vs.                                       **JOINT UNOPPOSED MOTION TO EXTEND DEFENDANT HYUNDAI CAPITAL AMERICA'S DEADLINE TO RESPOND TO COMPLAINT**

15  Trans Union, LLC; Experian Information
    Solutions, Inc.; and Hyundai Capital America,
16  Inc. dba Kia Motors Finance, Inc.              **(FIRST REQUEST)**

17              Defendants.

18

19       Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule IA 6-1, Defendant

20  Hyundai Capital America, improperly identified as Hyundai Capital America, Inc. dba Kia Motors

21  Finance, Inc. ("HCA") and Plaintiff Cheryl Telmo ("Plaintiff," collectively the "Parties"), by and

22  through their respective attorneys, hereby agree and stipulate to extend the time for HCA to answer

23  or otherwise respond to Plaintiff's Complaint, through and until March 9, 2023. The current

24  deadline for HCA to respond is February 16, 2023. This is HCA's first request to extend this

25  deadline.

26       HCA and Plaintiff are investigating and discussing the allegations and underlying facts of

27  this matter, and the requested extension will allow the parties the opportunity to attempt resolution

28

120216361.2

without the need for further litigation. This request is made in good faith and not for the purpose of delaying these proceedings.

Dated: February 14, 2023         Respectfully submitted,

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

*/s/ Brittni Tanenbaum*
J Christopher Jorgensen, Esq.
Nevada Bar No. 5382
Brittni A Tanenbaum, Esq.
Nevada Bar No. 16013
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: (702) 949-8200
Fax: (702) 949-8398
CJorgensen@lewisroca.com
BTanenbaum@lewisroca.com

*Attorneys for Defendant*
*Hyundai Capital America,*
*Improperly identified as Hyundai*
*Capital America, Inc. dba Kia Motors Finance*

Dated: February 14, 2023         Respectfully submitted,

**FREEDOM LAW FIRM, LLC**

*/s/ Gerardo Avalos (w/permission)*
George Haines, Esq. (SBN 9411)
Gerardo Avalos, Esq. (SBN 15171)
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
Telephone: 702.880-5554
*ghaines@freedomlegalteam.com*
*gavalos@freedomlegalteam.com*

*Attorneys for Plaintiff Cheryl Telmo*

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 15, 2023

120216361.2

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that, on February 14, 2023, a true and exact copy of the foregoing has been served upon all parties via CM/ECF.

          */s/ Sharon L. Kuller*
An employee of Lewis Roca Rothgerber Christie LLP