George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Cheryl Telmo*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Cheryl Telmo,<br><br>  Plaintiff<br><br> v.<br><br>Trans Union, LLC; Experian Information Solutions, Inc.; and Hyundai Capital America, Inc. dba Kia Motor Finance, Inc.,<br><br>  Defendants | Case No.: 2:22-cv-01772-CDS-DJA<br><br>**Stipulation of dismissal of Hyundai Capital America, Inc. dba Kia Motor Finance, Inc. with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Cheryl Telmo and Hyundai Capital America, Inc. dba Kia Motor Finance, Inc. stipulate to dismiss Plaintiff's claims against Hyundai Capital America, Inc. dba Kia Motor Finance, Inc. with prejudice.

Each party will bear its own costs, disbursements, and attorney fees. The Clerk of Court is directed to close this case.

Dated: April 6, 2023.

**FREEDOM LAW FIRM**

/s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Cheryl Telmo*

**LEWIS ROCA ROTHGERBER CHRISTIE, LLP**

/s/ *Brittni Tanenbaum*
J Christopher Jorgensen, Esq.
Brittni A. Tanenbaum, Esq.
Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
*Counsel for Defendant Hyundai Capital America, Inc. dba Kia Motors Finance*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: April 7, 2023